FILED IN OPEN COURT
U.S.D.C. - Newnan

OCT 06 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL JOSEPH BLOODWORTH | Criminal Information<br><br>No. 3:22-cr-00014-TCB |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 30, 2021, in the Northern District of Georgia, the defendant, MICHAEL JOSEPH BLOODWORTH, in connection with the attempted acquisition of two firearms from Pawn Express of Newnan, a licensed dealer of firearms, knowingly made a false and fictitious written statement to the licensed firearms dealer, which statement was intended and likely to deceive the dealer as to a material fact, in that the defendant falsely represented on the Firearms Transaction Record, ATF Form 4473, that he had not been convicted of a misdemeanor crime of domestic violence when, as he then knew, he had in fact been previously convicted of a misdemeanor crime of domestic violence on or about March 18, 2021, in the State Court of Coweta County, Georgia, all in violation of Title 18, United States Code, Section 922(a)(6).

RYAN K. BUCHANAN
United States Attorney

*/s/ Jessica Morris*

JESSICA MORRIS
  Assistant United States Attorney
Georgia Bar No. 100907
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303